IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No.: 17-20104 |
| vs. | ) |
| JASON PRADO, | ) |
| Defendant. | ) |

## PLEA AGREEMENT

The United States and the defendant Jason Prado, represented by counsel, hereby enter into the following plea agreement:

1. The defendant will plead guilty to Count 2 of the Information filed in this case, charging him with a misdemeanor in violation of 21 U.S.C. § 331(a) and 333(a)(1).

2. The defendant agrees that P&R PACKING, LLC., the corporation he controls shall forfeit to the United States in regard to the forfeiture allegations of the Information $400,000 in United States currency to be payable by cashier's check prior to sentencing.

3. This is the entire agreement between the parties.

Respectfully submitted,

LAWRENCE J. LAURENZI
Acting United States Attorney

_____
TONY R. ARVIN
Assistant United States Attorney

4/24/17
DATE

_____
DAMON K. GRIFFIN
Assistant United States Attorney

4/24/17
DATE

_____
JASON PRADO
Managing Member
P&R PACKING, LLC

4/24/17
DATE

_____
ROBERT PARRIS
Attorney for Defendant

4/24/17
DATE